AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 FEB -5  PM 12:58

CLERK-LAS CRUCES

| | |
|---|---|
| United States of America<br>v.<br><br>Francisco OLVERA-Holguin<br><br>_Defendant(s)_ | Case No: 18·MJ·379 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 02, 2018</u> in the county of <u>Luna</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. § <u>1326(a)(1)/(b)(1)(Re-Entry After Deport Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: RE-ENTRY OF REMOVED ALIEN, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully. Immigration records do not indicate that the defendant has ever applied for, nor received the consent of the appropriate authority of the United States to re-apply for admission into the United States.

This criminal complaint is based on these facts:
On February 2, 2018, the defendant was encountered by Border Patrol Agents in Luna County, New Mexico. At the time of this encounter, the defendant admitted that he was a citizen of Mexico and had illegally entered the United States from Mexico at a place not designated as a lawful port of entry. The defendant also admitted that he did not possess any immigration documents that would allow him to be or remain in the United States legally. Criminal records indicate that the defendant was convicted of RE-ENTRY OF REMOVED ALIEN on or about January 10, 2017. Immigration records indicate that the defendant was subsequently removed from the United States to Mexico on or about January 11, 2017 through El Paso, Texas.

☐ Continued on the attached sheet.

_Complainant's signature_

Daniel Davidson, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: February 3, 2018

City and state: Las Cruces, N.M.

_Judge's signature_

CARMEN E. GARZA
U.S. MAGISTRATE JUDGE
_Printed name and title_